```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| DAVID L. TOMBLIN, | ) | Case No. CV 10-2450 PJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| COUNTY OF LOS ANGELES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This action was tried by a jury. At the close of the evidence, Plaintiff dismissed his claims against Defendant Thomas Luu. Thereafter, the jury deliberated and rendered a verdict in favor of Defendant County of Los Angeles and Deputy Danilo Castaneda, Jr.

THEREFORE, IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants Thomas Luu, Danilo R. Castaneda, Jr., and the County of Los Angeles and the action is dismissed with prejudice.

DATED:    June 17, 2011   .

                              /S/ PATRICK J. WALSH
                              PATRICK J. WALSH
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Consent\Tomblin\Judgment.wpd